# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Vega Capital London Limited, et al. v. ExxonMobil Oil Corp. ⊞

Case Number: 1:24-cv-07108

An appearance is hereby filed by the undersigned as attorney for:

Movants Vega Capital London Limited and Adrian Spires

Attorney name (type or print): Shawn Michael Taylor

Firm: Akerman LLP

Street address: 71 S. Wacker Drive, 47th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6301013
(See item 3 in instructions)

Telephone Number: (312) 634-5700

Email Address: shawn.taylor@akerman.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 13, 2024

Attorney signature: S/ Shawn M. Taylor
(Use electronic signature if the appearance form is filed electronically.)