UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>*Movants,*<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION,<br><br>*Respondent.* | Civil Action No. 1:24-cv-07108<br><br>Hon. Manish S. Shah |

### VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES' UNOPPOSED MOTION FOR A BRIEFING SCHEDULE

Movants Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") respectfully move for an order setting a briefing schedule for their pending Motion to Compel Production of Documents. ECF 1. In support of the motion, Vega and Spires state the following:

1. On July 22, 2024, Vega and Spires filed a miscellaneous action in the United States District Court for the Southern District of Texas and moved to compel ExxonMobil Oil Corporation ("ExxonMobil") to comply with Vega and Spires' document subpoena. ECF 1. On the same day, Vega and Spires filed a motion to transfer the miscellaneous action to the United States District Court for the Northern District of Illinois. ECF 3. On August 1, 2024, ExxonMobil consented to the motion to transfer. ECF 5.

2. On August 5, 2024, the Honorable George C. Hanks ordered that Vega and Spires' miscellaneous action be transferred to the United States District Court for the Northern District of Illinois. ECF 7.

1

3. On August 12, 2024, the transferred miscellaneous action was opened in the United States District Court for the Northern District of Illinois as Civil Action No. 1:24-07108 and was assigned to this Court.

4. Subject to the Court's approval, Vega and Spires have agreed with ExxonMobil to a proposed briefing schedule under which ExxonMobil's response to the motion to compel will be due by Monday, August 24, 2024 and Vega and Spires' reply in support of their motion will be due by Friday, September 13, 2024.

5. Counsel for Vega and Spires have conferred with counsel for ExxonMobil about this motion for a briefing schedule, and ExxonMobil does not oppose it.

For the reasons stated above, Movants Vega Capital London Limited and Adrian Spires respectfully request that the Court enter an order granting their unopposed motion and setting a briefing schedule and all other relief as may be appropriate.

Dated: August 15, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 824-1716
michael.kelly@akerman.com

Shawn M. Taylor
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
amy.doehring@akerman.com
shawn.taylor@akerman.com

*Attorneys for Vega Capital London Limited and Adrian Spires*

2