# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES, <br><br> *Movants,* <br><br> v. <br><br> EXXONMOBIL OIL CORPORATION, <br><br> *Respondent.* | Civil Action No. 1:24-cv-07108 <br><br> Hon. Manish S. Shah |

## VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES' NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Wednesday, August 21, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Movants Vega Capital London Limited and Adrian Spires' Unopposed Motion for a Briefing Schedule.

Dated: August 15, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

| | |
|---|---|
| By: */s/ Michael P. Kelly* <br> Michael P. Kelly <br> **AKERMAN LLP** <br> 750 Ninth Street, N.W., Suite 750 <br> Washington, DC 20001 <br> (202) 824-1716 <br> michael.kelly@akerman.com | Shawn M. Taylor <br> **AKERMAN LLP** <br> 71 S. Wacker Drive, 47th Floor <br> Chicago, IL 60606 <br> (312) 634-5700 <br> amy.doehring@akerman.com <br> shawn.taylor@akerman.com |

*Attorneys for Vega Capital London Limited and Adrian Spires*