# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mish International Monetary, Inc.

                      Plaintiff,

v.                                                    Case No.: 1:24–cv–07108

                                                              Honorable Manish S. Shah

ExxonMobil Oil Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The motion to set a briefing schedule [10] is granted, and no appearance on 8/21/24 is necessary. ExxonMobil's response to the motion to compel is due 8/24/24 and Vega and Spires' reply is due 9/13/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.